CHAD A. READLER
Acting Assistant Attorney General

NICOLA T. HANNA
United States Attorney
Central District of California

MARCIA BERMAN
Assistant Director, Federal Programs Branch

AMY POWELL
Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov
Attorneys for Defendants

MATTHEW V. TOPIC
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
matt@loevy.com
*Attorney for Plaintiffs*

1 – Stipulation to Vacate Scheduling Conference
*Leopold v. DOJ,*  No. 17-cv-03747

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, et al.,<br><br>　　　　Defendants. | Case No.: 17-cv-3747<br><br>**STIPULATION TO VACATE SCHEDULING CONFERENCE CURRENTLY SET FOR JUNE 12, 2018** |

### STIPULATION TO VACATE SCHEDULING CONFERENCE CURRENTLY SET FOR JUNE 12, 2018

IT IS HEREBY STIPULATED by and between Plaintiffs Jason Leopold and Defendants United States Department of Justice ("DOJ") Office of the Attorney General ("OAG"), DOJ Office of the Deputy Attorney General ("ODAG"), DOJ Office of Legal Counsel ("OLC"), Federal Bureau of Investigation ("FBI"), DOJ Civil Division, DOJ National Security Division ("NSD"), Central Intelligence Agency ("CIA"), Department of Homeland Security ("DHS"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI"), through their respective counsel, subject to the Court's approval, as follows:

2 – Stipulation to Vacate Scheduling Conference
*Leopold v. DOJ,* No. 17-cv-03747

1. Counsel for Plaintiff and counsel for the Defendants have conferred, in accordance with Local Rule 7.3.

2. The Complaint seeks the release of records under the Freedom of Information Act. Plaintiffs submitted FOIA requests to the Defendants for, *inter alia*, documents related to President Trump's use of twitter and his tweets. The relevant agency components are processing this request (or have completed processing). Defendants maintain that the request as submitted is improper and unreasonably vague and burdensome, and Plaintiffs disagree, but the parties have worked cooperatively to reach an agreed scope.

3. Some of the FOIA requests at issue are still being processed. Four components have completed processing (CIA, ODNI, DOJ Civil, DOJ OLC); two components will complete processing by the end of June (DOJ NSD and DOJ Office of Information Policy – which processes documents for DOJ leadership offices); and the remaining four components will continue processing documents on a rolling basis based on agreed-upon schedules (FBI, NSA, DHS Headquarters, and DHS Intelligence and Analysis).

4. Defendants maintain that they have satisfied all of their obligations with respect to Plaintiffs' FOIA requests, that Defendants have conducted searches reasonably calculated to uncover all records that are responsive to Plaintiffs' FOIA

3 – Stipulation to Vacate Scheduling Conference
*Leopold v. DOJ,* No. 17-cv-03747

requests, and that they will reasonably complete production of responsive nonexempt material subject to FOIA.  Plaintiffs reserve comment on the adequacy of Defendants' search and any records withheld until the productions are completed.

5. As set forth in the 26(f) report submitted today, FOIA cases are most often decided on motions for summary judgment without discovery.  *See Nat'l Wildlife Fed'n v. U.S. Forest Service*, 861 F.2d 1114 (9th Cir. 1988); *Lane v. Dep't of Interior*, 523 F.3d 1128, 1134 (9th Cir. 2008); *Sakamoto v. EPA*, 443 F.Supp.2d 1182, 1188 (N.D. Cal. 2006) ("It is generally recognized that summary judgment is a proper avenue for resolving a FOIA claim.") *Lawyers' Comm. for Civil Rights of San Francisco Bay Area v. U.S. Dep't of the Treasury*, 534 F. Supp. 2d 1126, 1131–32 (N.D. Cal. 2008).  Based on what they currently know, the parties believe that any unresolved issues in this matter likely should be resolved on summary judgment after processing is completed.

6. The parties therefore agree, subject to the Court's approval, that the scheduling conference is unnecessary at this time.  Rather, the parties agree that they should submit a joint status report to the Court on or before September 7, 2018 and propose next steps for scheduling or briefing at that time.

4 – Stipulation to Vacate Scheduling Conference
*Leopold v. DOJ,*  No. 17-cv-03747

WHEREFORE, the parties respectfully submit this Stipulation to the Court for its approval.

Dated: June 1, 2018                                  Respectfully Submitted,

                                                    CHAD A. READLER
                                                    Acting Assistant Attorney General

                                                    MARCIA BERMAN
                                                    Assistant Branch Director
                                                    Federal Programs Branch

                                                    */s/Amy E. Powell*
                                                    AMY E. POWELL
                                                    Federal Programs Branch
                                                    Civil Division, Department of Justice
                                                    310 New Bern Avenue, Suite 800
                                                    Federal Building
                                                    Raleigh, NC 27601-1461
                                                    Phone: 919-856-4013
                                                    Email: amy.powell@usdoj.gov
                                                    *Attorneys for Defendants*

                                                    */s/ Matthew V. Topic*
                                                    Matthew V. Topic
                                                    LOEVY & LOEVY
                                                    311 N. Aberdeen, Third Floor
                                                    Chicago, Illinois 60607
                                                    Tel.: (312) 243-5900
                                                    Fax: (312) 243-5902
                                                    matt@loevy.com
                                                    *Admitted Pro Hav Vice*

                                                    *Attorneys for Plaintiffs*

5 – Stipulation to Vacate Scheduling Conference
*Leopold v. DOJ,* No. 17-cv-03747