**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, et al., <br><br> Defendants. | Case No.: 17-cv-3747 <br><br> **ORDER VACATING SCHEDULING CONFERENCE CURRENTLY SET FOR JUNE 12, 2018 [27]** <br><br> **NOTE CHANGES MADE BY THE COURT** |

IT IS HEREBY ORDERED that the scheduling conference set for June 12, 2018 is hereby VACATED; and it is further ORDERED that the parties shall submit a status report on or before **July 9, 2018**, proposing next steps.

Dated: June 4, 2018

Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE