CHAD A READLER
Principal Deputy Assistant Attorney General

NICOLA T. HANNA
United States Attorney
Central District of California

MARCIA BERMAN
Assistant Director, Federal Programs Branch

AMY POWELL
Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov
*Attorneys for Defendants*

MATTHEW V. TOPIC
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
matt@loevy.com
*Attorney for Plaintiffs*

1 – Joint Status Report
*Leopold v. DOJ,*  No. 17-cv-03747

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, et al., <br><br> Defendants. | Case No.: 17-cv-3747 <br><br> **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated July 24, 2018, counsel for the parties, including Plaintiffs Jason Leopold and Buzzfeed Inc, and Defendants United States Department of Justice ("DOJ") Office of the Attorney General ("OAG"), DOJ Office of the Deputy Attorney General ("ODAG"), DOJ Office of Legal Counsel ("OLC"), Federal Bureau of Investigation ("FBI"), DOJ Civil Division, DOJ National Security Division ("NSD"), Central Intelligence Agency ("CIA"), Department of Homeland Security ("DHS"), National Security Agency ("NSA"), and Office of the Director of National Intelligence ("ODNI"), have conferred as and hereby submit the following joint status report.

2 – Joint Status Report
*Leopold v. DOJ,* No. 17-cv-03747

Plaintiffs submitted Freedom of Information Act ("FOIA") requests to the Defendants for, *inter alia*, documents related to President Trump's use of twitter and his tweets. The relevant agency components are processing this request (or have completed processing). Defendants maintain that the request as submitted is improper and unreasonably vague and burdensome, and Plaintiffs disagree, but the parties have worked cooperatively to reach an agreed scope. Eight of ten components have completed processing (CIA, ODNI, DOJ Civil, DOJ OLC, DOJ NSD, DOJ Office of Information Policy – which processes documents for several DOJ leadership offices, DHS HQ, and DHS I&A); and the remaining two components will continue processing documents on a rolling basis based on agreed-upon schedules (FBI, NSA).

Defendants represent that the status of processing at these remaining components is as follows:

- FBI. The parties reached agreement about the general scope of a search in April. The agreed-upon search returned over 3,000 potentially responsive documents subject to FOIA, which the agency reviewed for responsiveness before August 15, 2018. FBI estimates that there are over 2600 pages of likely responsive documents subject to FOIA. FBI proposes to process approximately 500 pages/month

3 – Joint Status Report
*Leopold v. DOJ,* No. 17-cv-03747

and anticipates completion by the end of February 2019.

- NSA. The parties reached agreement about the general scope of a search and NSA has begun processing and producing documents on a rolling basis. NSA made rolling productions in April and July, 2018. NSA also conducted supplemental searches using keywords, which returned voluminous results. NSA is further reviewing these results, as many of these documents are likely nonresponsive. Based on current information, NSA proposes to complete processing of responsive material subject to FOIA on or before the end of December 2018.

The parties therefore propose that Defendants continue processing documents, and that the parties continue reporting their progress to the Court. The parties anticipate that, after processing of documents is complete, the parties will confer in an attempt to work out any remaining issues. To the extent disagreements remain, the parties will propose a briefing schedule at that time. Because two components are still working on narrowing the documents to be reviewed for exemptions, the parties propose that they submit a joint status report with a scheduling update and proposed next steps on or before February 28, 2019.

Dated: September 7, 2018                    Respectfully Submitted,

4 – Joint Status Report
*Leopold v. DOJ,* No. 17-cv-03747

CHAD A. READLER
Principal Deputy
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov
*Attorneys for Defendants*

*/s/ Matthew V. Topic*
Matthew V. Topic
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
matt@loevy.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

5 – Joint Status Report
*Leopold v. DOJ,*  No. 17-cv-03747