# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC.,<br><br>　　Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, et al.,<br><br>　　Defendants. | Case No.: 2:17-cv-3747 CBM (JEMx)<br><br>**JUDGMENT**<br><br>JS6 |

　　Consistent with the Court's order regarding the cross-motions for summary judgment, judgment is entered in favor of Plaintiffs regarding: (1) the scope of the FBI's search; (2) the invocation of Exemption 5 for DOJ OIP's documents at Bates Nos. 20180517-0000818–820, 20180402-0000085, 20180517-0000008, 20180517-0000074, and 20180517-0000740; FBI documents at Bates Nos. 914 and 919; and DHS documents at Bates Nos. 1 & 8.

　　Judgment is entered in favor of Defendants on all other issues.

　　**IT IS SO ORDERED.**

DATED: October 11, 2019

　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1