Matthew Topic, IL Bar No. 6290922
matt@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
Tel:  (312) 243-5900
Fax:  (312) 243-5902
*Admitted Pro Hac Vice*

Rachel Steinback, SBN 310700
steinbacklaw@gmail.com
LAW OFFICE OF RACHEL STEINBACK
P.O. Box 291253
Los Angeles, CA 90029
Tel:  (213) 537-5370
Fax:  (213) 232-4003

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DEPARTMENT OF JUSTICE, OFFICE OF THE ATTORNEY GENERAL, et al., <br><br> Defendants. | Case No.: 17-cv-3747 <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEYS' FEES** |

Plaintiffs Jason Leopold and BuzzFeed, Inc., by and through undersigned counsel, respectfully request an extension of time from January 31, 2020 to March 2, 2020 to file their petition for attorneys' fees.  In support of this motion, Plaintiffs state the following:

1. On December 5, 2019, the Court ordered that Plaintiffs' petition for attorneys' fees be filed no later than January 31, 2020.

2. Plaintiffs request this extension so that the parties can continue ongoing settlement

1 – Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees
*Leopold v. DOJ,*  No. 17-cv-03747

discussions in an attempt to resolve the issue of attorneys' fees short of a petition.

3. The parties conferred and Defendants' counsel has not opposed this extension.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this *Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees*. A proposed order consistent with this request is attached herewith.

Dated: January 28, 2020                      Respectfully Submitted,

MATTHEW V. TOPIC

*/s/ Matthew V. Topic*
Matthew V. Topic
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
matt@loevy.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

2 – Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees
*Leopold v. DOJ,* No. 17-cv-03747

**CERTIFICATE OF SERVICE**

I, Matthew Topic, an attorney, hereby certify that on January 28, 2020, I caused the foregoing Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees to be served on all counsel of record via the Court's CM/ECF system.

                                                */s/ Matthew V. Topic*

3 – Unopposed Motion for Extension of Time to File Petition for Attorneys' Fees
*Leopold v. DOJ*, No. 17-cv-03747